IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00023-MR

| | |
|---|---|
| SHAWN LOUIS GOODMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| TIMOTHY DARRYL MOOSE, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court sua sponte.

The pro se Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 addressing incidents that allegedly occurred at the Harnett and Mountain View Correctional Institutions. [Doc. 1]. The Amended Complaint passed initial review against Defendants John Garland, David Hoilman, and Kella Jones Phillips for the use of excessive force and failure to intervene, and the Court exercised supplemental jurisdiction over the Plaintiff's North Carolina assault and battery claims against them. [Docs. 10, 12]. The Defendants waived service, and they were required to answer the Amended Complaint by December 26, 2023. [Doc. 18]. No answer has been filed to date.

The Plaintiff shall take further action to prosecute this action within fourteen (14) days of this Order. Failure to take any such further action shall result in the dismissal of this case without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall take further action to prosecute this case within **fourteen (14) days** of this Order. Failure to take any such further action shall result in the dismissal of this case without prejudice.

The Clerk is respectfully instructed to email a copy of this Order to James Trachtman at the North Carolina Attorney General's Office.

**IT IS SO ORDERED.**

Signed: January 10, 2024

Martin Reidinger
Chief United States District Judge